UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF EMPIRE STATE CARPENTERS
ANNUITY, APPRENTICESHIP, LABOR-
MANAGEMENT COOPERATION, PENSION AND
WELFARE FUNDS,

          Petitioners,

 -against-

BAEHRE & SHUMWAY INC.,

          Respondent.
------------------------------------------------------------------X

For Online Publication Only

**ORDER**
15–CV–3856 (JMA) (ARL)

FILED
CLERK
5/16/2017 4:54 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK**, **United States District Judge:**

    Petitioners, Trustees of the Northeast Carpenters Funds, as successors to the Trustees of the Empire State Carpenters Annuity, Apprenticeship, Labor-Management Cooperation, Pension and Welfare Funds have submitted an Amended Petition to confirm an arbitration award issued against respondent Baehre & Shumway Inc. In January 2016, this Court granted in part and denied in part the original Petition. Because respondent has not answered the Amended Petition, the Court treats the Amended Petition as an unopposed motion for summary judgment. See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

    After review of petitioners' submissions, including the revised award from the arbitrator, the Court grants the Amended Petition. It is ordered that:

    (1) The 2016 Award is confirmed in all respects;

    (2) Judgment shall be entered in favor of petitioners and against respondent in the amount of $17,173.09;

    (3) Judgment shall be entered in favor of petitioners and against respondent for $2,898.45 for the attorneys' fees and costs arising out of the Amended Petition; and

(4) Respondent must submit to an audit as set forth in the 2016 Award.

The Clerk of Court is directed to enter judgment accordingly, mail a copy of this Order to respondent at the following addresses and close this case.

1. Baehre & Shumway Inc.
   181 Industrial Road
   Horsehead, New York 14845

2. Baehre & Shumway Inc.
   230 Colorado Avenue
   Buffalo, NY 14215

**SO ORDERED**.

Dated: May 16, 2017
       Central Islip, New York

                                               /s/ JMA
                                        Joan M. Azrack
                                        United States District Judge